Homer G. Sailor, appellant, v. Lewellyn A. Hendee et al., appellees. Gen. No. 8,732.

Opinion filed May 10, 1934.
Victor E. LaRue and John F. Bellair, for appellant; Milford H. Olds, of counsel. Runyard & Behanna, for appellees; William R. Behanna and Charles L. Whyte, Jr., of counsel.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

William F. Dixon, administrator de bonis non of the estate of Catherine Dixon, deceased, plaintiff in error, v. Catherine O'Brien, defendant in error. Gen. No. 8,745.

Opinion filed May 10, 1934.
R. H. Radley, for plaintiff in error. Robert N. McCormick, for defendant in error.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

D. L. Musselman, appellee, v. Estate of Mary Sala Olmsted, deceased, appellant. Gen. No. 8,752.

Opinion filed May 10, 1934. Rehearing denied June 25, 1934.
R. W. Olmsted, for appellant. Webber & Webber and Witter & Walker, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Evelyn Mussatta, appellee, v. Estate of Albert Kolterman, deceased, appellant. Gen. No. 8,763.

Opinion filed May 10, 1934.
Charles W. Helmug, for appellant. Arthur H. Shay, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.